

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-10-00519-CR

YAJAIRA SALAS                                                              APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

----------

A jury convicted Appellant Yajaira Salas of intentionally or knowingly committing injury to a child causing bodily injury and assessed her punishment at ten years' confinement, probated for ten years. She filed a timely motion for new trial and notice of appeal. The trial court subsequently granted her motion for new trial. On December 29, 2010, we notified Appellant in writing that based on the trial court's granting of her motion for new trial, this appeal could now be

---

[1]*See* Tex. R. App. P. 47.4.

moot.  We indicated that unless Appellant or any party filed by January 10, 2011 a response for continuing the appeal, we would dismiss it.  We have received no response.

Accordingly, because the granting of the motion for new trial restored the case to its position before trial,[2] we dismiss this appeal as moot.[3]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 17, 2011

---

[2]*See* Tex. R. App. P. 21.9.

[3]*See* Tex. R. App. P. 43.2(f).